■ In the Matter of CALVIN C. COBB, a Disbarred Attorney. — Application by Calvin C. Cobb, an attorney who was disbarred by order of this court, dated October 7, 1966, for readmission to the Bar of the State of New York, vacating or modifying this court's order of disbarment. Application denied, without prejudice to renewal on or after July, 1984. Mollen, P. J., Damiani, Lazer, Mangano and Brown, JJ., concur.

■ In the Matter of PATRICK G. HALPIN et al., Respondents, v FRANK COVENEY et al., Respondents, and WILLIAM J. CANARY, JR., Appellant. (And Another Proceeding.) — Motion to reargue an appeal from a judgment of the Supreme Court, Suffolk County (Seidell, J.), dated April 7, 1982, which was determined by an order of this court dated April 14, 1982. Motion granted and, upon consent of the parties, the matter is referred to the Bench that determined the appeal from the judgment. Mangano, J. P., Gibbons, Thompson and Boyers, JJ., concur.

■ In the Matter of PATRICK G. HALPIN et al., Respondents, v FRANK COVENEY et al., Respondents, and WILLIAM J. CANARY, JR., Appellant. (And Another Proceeding.) — Upon reargument of the appeal from the judgment of the Supreme Court, Suffolk County (Seidell, J.), dated April 7, 1982, the order and decision of this court dated April 14, 1982 [87 AD2d 854] are recalled and vacated and the following is substituted therefor: "Judgment of the Supreme Court, Suffolk County (Seidell, J.), dated April 7, 1982, affirmed, without costs or disbursements. No opinion." Gibbons, J. P., Thompson, Rubin and Boyers, JJ., concur.